

**U.S. Department of Justice**

United States Marshals Service

*Eastern District of PA*

*Philadelphia, PA 19106*

## U.S. MARSHALS SALE OF REAL PROPERTY

CIVIL ACTION NO.: 15-05720

I, PATRICK D. ENNIS, a Deputy U.S. Marshal for the Eastern District of Pennsylvania, sold the property located at 3110 CHESTNUT HILL ROAD, POTTSTOWN, PA 19464.

The public sale was held on AUGUST 25, 2016

and the highest bidder was U.S. DEPARTMENT OF AGRICULTURE

who bid the amount of $ 1.00

By: [signature]
Deputy U.S. Marshal